UNITED STATES of America,
Plaintiff–Appellee,

v.

Pablo Abel VILLARREAL–MEDINA,
also known as Paulo Abel Villarre-
al–Medina, Defendant–Appellant.

No. 03–40034.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Feb. 18, 2004.

James Lee Turner, Assistant US Attor-
ney, US Attorney's Office, Houston, TX,
Tony Ray Roberts, US Attorney's Office,
McAllen, TX, for Plaintiff–Appellee.

Timothy William Crooks, Assistant Fed-
eral Public Defender, Roland E. Dahlin, II,
Federal Public Defender, Arturo Villarre-
al, III, Federal Public Defender's Office,
Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, EMILIO M.
GARZA, and PRADO, Circuit Judges.

PER CURIAM.*

Pablo Abel Villarreal–Medina entered a
guilty plea to one count of transporting an
undocumented alien within the United
States by means of a motor vehicle. The
district court sentenced him to thirty
months of imprisonment and three years
of supervised release.

Villarreal–Medina asserts that the writ-
ten judgment of conviction must be re-

formed to delete a condition of supervised
release that prohibits his possession of a
dangerous weapon. He asserts that this
condition is a special condition of super-
vised release that conflicts with the district
court's oral pronouncement of his sen-
tence.

Villarreal–Medina's argument is fore-
closed by our decision in *United States v.
Torres–Aguilar*, 352 F.3d 934, 938 (5th
Cir.2003). Accordingly, the judgment of
the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.